COURTLANDT BABCOCK, Appellant, *v.* RICHARD H. SWARTWOUT et al., Copartners under the Firm Name of SWARTWOUT & APPENZELLAR, Respondents.

*Babcock* v. *Swartwout*, 145 App. Div. 203, modified.
(Argued December 5, 1912; decided December 20, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1911, in favor of defendants upon the submission of a controversy, under section 1279 of the Code of Civil Procedure, as to the construction to be given the terms of a contract.

*Walter Carroll Low* for appellant.

*Scott McLanahan* for respondents.

Judgment modified by striking therefrom the affirmative judgment against the plaintiff, and as modified affirmed, without costs in this court to either party, on opinion of INGRAHAM, P. J., below.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.